*H. David Rothman,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:
Order affirmed.
Mr. Justice COHEN took no part in the decision of this case.

## Commonwealth *v.* Ross, Appellant.

Submitted September 28, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*H. David Rothman,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:
Order affirmed.
Mr. Justice COHEN took no part in the decision of this case.

## Mitchell *v.* Dennison et ux., Appellants.

Argued October 7, 1970. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Robert L. Ceisler,* with him *Patrono, Ceisler & Edwards,* for appellants.

*John G. Koedel,* for appellee.

OPINION PER CURIAM, March 18, 1971:
Order affirmed on the authority of *Ehnes v. Wagner,* 388 Pa. 102, 130 A. 2d 171 (1957) ; *Ahrens v. Gold-*